IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEVON BREEDING,

      Plaintiff,

v.                                             No. 1:16-cv-00186 LF/SCY

SIERRA COUNTY BOARD OF COUNTY COMMISIONERS,
CURTIS CHERRY, VERGIL EATON, THOMAS SCHALKOFSKI,
GLENN HAMILTON, and JOHN/JANE DOE PERSON IN
CHARGE OF MEDICAL CARE

      Defendants.

## NOTICE OF SETTLEMENT

Plaintiff Devon Breeding, by and through his attorney, Matthew E. Coyte (Coyte Law, P.C.), hereby notifies this Court that this matter has been settled. As a result of this settlement, the need to serve defendants is now moot. The parties are in the process of exchanging settlement paperwork and proceeds and dismissal paperwork will be filed shortly.

                Respectfully submitted,

                COYTE LAW P.C.

                /s/ Matthew Coyte
                Matthew E. Coyte, Esq.
                201 3rd Street NW, Suite 1920
                Albuquerque, NM 87102
                (505) 244-3030
                mcoyte@earthlink.net
                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July 2016, I filed the foregoing document electronically through CM/ECF, which caused all counsel of record to be served by electronic means.

                /s/Matthew Coyte
                MATTHEW COYTE